IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HECTOR FIGUEROA,

    Plaintiff,

v.                                CASE NO. 4:12cv107-SPM/CAS

JANE DOE, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated April 10, 2012 (doc. 27). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 27) is ADOPTED and incorporated by reference in this order.

2. Plaintiff's motion to transfer (doc. 26) is granted.

3. This case is transferred back to the United States District Court for

the Southern District of Florida, Miami Division, for all further proceedings.

DONE AND ORDERED this 30th day of April, 2012.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO. 4:12cv107-SPM/CAS